1

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | Return date/time: 4/21/20 at 11 AM<br>Case No. 1-20-40161-cec |
| In re: | Hon. Carla E. Craig |
| | Chapter 13 |
| WILBERT LAWRENCE, | **ORDER** *REOPENING CASE AND* **(CEC) VACATING STAY** |
| Debtor. | |

Upon the ~~application~~ ***motion (CEC)*** of the Movant 1014 East 85 Street LLC to annul the automatic bankruptcy stay and for an order declaring that the automatic stay in favor of the Debtor be deemed annulled and vacated nunc pro tunc from the date of Debtor's filing of the petition in this case, and for an order that the mortgage foreclosure sale of the Debtor's real estate located at 1014 East 85th Street, Brooklyn, NY be deemed valid nunc pro tunc, and the matter having come on regularly to be heard before the U.S. Bankruptcy Court located at 271 Cadman Plaza East, Brooklyn, New York, before the undersigned on April 21, 2020, at which time the Movant appeared in support of said application, and the court having considered the matter then before it, and due deliberation having been had thereon on April 21, 2020, and the Court having granted said motion;

Now on reading and filing of the affirmation of Paul Golden affirmed to on the 31st day of March 2020, the Affidavit of Mohammed Moazeb, principal member of 1014 East 85 Street LLC duly sworn to on the 31st day of March 2020, and the exhibits annexed thereto, it is, on motion of Hagan Coury & Associates, attorneys for Movant:

***ORDERED, that this case is administratively reopened and the movant shall pay the applicable fee; and it is further (CEC)***

2

ORDERED, that the automatic stay in favor of the Debtor be ~~deemed~~ *(CEC)* annulled and vacated nunc pro tunc ~~from~~ *to (CEC)* the date of Debtor's filing of the petition in this case, and it is further

ORDERED and DECLARED, that that the mortgage foreclosure sale of the Debtor's real estate located at 1014 East 85th Street, Brooklyn, NY (which sale took place on January 9, 2020), in the context of an action entitled *U.S. Bank National Assoc. v Wilbert Lawrence*, et al Supreme Court of the State of New York, Kings County, Index 28095/07 be deemed valid nunc tunc*; and it is further (CEC)*

***ORDERED, that this case shall be reclosed upon payment of the applicable fee to reopen. (CEC)***



Dated: Brooklyn, New York
April 28, 2020

_____
Carla E. Craig
United States Bankruptcy Judge